

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00018-CV

_____

IN THE MATTER OF THE MARRIAGE OF AMANDA NICOLE FANNIN AND CAVIN
REED FANNIN AND IN THE INTEREST OF E.M.F., A MINOR CHILD

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 15-D-0814-CCL

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1.

We dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted: May 23, 2016
Date Decided: May 24, 2016